FILED: July 8, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1721
(1:19-cv-00272-LCB-LPA)

_____

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents; SAM SILVAINE; DANA CARAWAY

      Plaintiffs - Appellees

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees

      Defendants - Appellants

and

NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES; STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY

      Defendants

------

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:19-cv-00272-LCB-LPA |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 07/01/2022 |
| Appellant(s) | Dale Folwell and Dee Jones |
| Appellate Case Number | 22-1721 |
| Case Manager | Rachel J Lee<br>804-916-2702 |