# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | |
| **Originating No. & Caption** | |
| **Originating Court/Agency** | |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | | | |
| Time allowed for filing in Court of Appeals | | | |
| Date of entry of order or judgment appealed | | | |
| Date notice of appeal or petition for review filed | | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | ○ Yes | | ○ No |
| If appeal is not from final judgment, why is order appealable? | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ○ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ○ No |
| Has transcript been filed in district court? | ○ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ○ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ○ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ○ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Whether the district court erroneously granted an injunction pursuant to 42 USC 1983 against the Plan, and agency of the State of North Carolina, whose sovereign constiutional and 11th amendment immunity has neither been waived nor abrogated.

Whether the district court incorrectly applied the Supreme Court's controlling precedent from Geduldig v. Aiello, 417 U.S. 484 (1974), which foreclosed Plaintiffs' claim that the Plan's coverage exclusions were facially discriminatory. Whether the district court erred in its attempt to distinguish Geduldig through its finding that "pregnancy can be explained without reference to sex."

Whether the district court erroneously extended Bostock v. Clayton Cty., 140 S. Ct. 1731 (2020), by applying it to the 14th Amendment's Equal Protection Clause.

Whether the district court erroneously relied upon the purported scientific opinions of various trade groups / amicus curie to resolve disputed facts. None of these trade groups/amici were identifying by Appellees as having relevant evidence, nor were their purported scientific opinions subject to any form of adversarial testing during discovery (through deposition, cross-examination, or otherwise), and other issues to be identifed through briefing.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Maxwell Kadel | Adverse Party: Jason Fleck |
| Attorney: Amy E. Richardson<br>Address: Harris, Wiltshire & Grannis, LLP<br>1919 M. Street N.W. - 8th Floor<br>Washington, DC 20036 | Attorney: Amy E. Richardson<br>Address: Harris, Wiltshire & Grannis, LLP<br>1919 M. Street N.W. - 8th Floor<br>Washington, DC 20036 |
| E-mail: arichardson@hwglaw.com | E-mail: arichardson@hwglaw.com |
| Phone: 202-730-1329 | Phone: 202-730-1329 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: Connor Thoen-Fleck | Adverse Party: Julia McKeown |
| Attorney: Amy E. Richardson<br>Address: Harris, Wiltshire & Grannis, LLP<br>1919 M. Street N.W. - 8th Floor<br>Washington, DC 20036 | Attorney: Amy E. Richardson<br>Address: Harris, Wiltshire & Grannis, LLP<br>1919 M. Street N.W. - 8th Floor<br>Washington, DC 20036 |
| E-mail: arichardson@hwglaw.com | E-mail: arichardson@hwglaw.com |
| Phone: 202-730-1329 | Phone: 202-730-1329 |

## Additional Adverse Parties / Appellees

| | |
|---|---|
| Adverse Party: | C.B. |
| Attorney | Amy E. Richardson |
| Address | Harris, Wiltshire & Grannis, LLP<br>1818 M. Street, N.W. – 8th Floor<br>Washington, DC  20036 |
| Phone: | 202-730-1329 |
| Email: | arichardson@hwglaw.com |
| Adverse Party: | Michael Bunting, Jr. |
| Attorney | Amy E. Richardson |
| Address | Harris, Wiltshire & Grannis, LLP<br>1818 M. Street, N.W. – 8th Floor<br>Washington, DC  20036 |
| Phone: | 202-730-1329 |
| Email: | arichardson@hwglaw.com |
| Adverse Party: | Sam Silvane |
| Attorney | Amy E. Richardson |
| Address | Harris, Wiltshire & Grannis, LLP<br>1818 M. Street, N.W. – 8th Floor<br>Washington, DC  20036 |
| Phone: | 202-730-1329 |
| Email: | arichardson@hwglaw.com |
| Adverse Party: | Dana Caraway |
| Attorney | Amy E. Richardson |

| | |
|---|---|
| Address | Harris, Wiltshire & Grannis, LLP<br>1818 M. Street, N.W. – 8th Floor<br>Washington, DC  20036 |
| Phone: | 202-730-1329 |
| Email: | arichardson@hwglaw.com |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** _____   **Date:** _____

**Counsel for:** _____

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [  ] personal delivery; [  ] mail; [  ] third-party commercial carrier; or [  ] email (with written consent) on the following persons at the addresses or email addresses shown:

|   |   |
|---|---|
|   |   |
| Signature: | Date: |