# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 18, 2022

_____

DOCKET CORRECTION NOTICE

_____

No. 22-1721 (L), <u>Maxwell Kadel v. Dale Folwell</u>
              1:19-cv-00272-LCB-LPA

TO:  Dale Folwell
     North Carolina State Health Plan for Teachers and State Employees
     Dee Jones

FILING CORRECTION DUE:  July 21, 2022

Please make the correction identified below and file a corrected document by the date indicated.

[ XX ] Incorrect event used. Please refile document using MOTION entry

Rachel J Lee, Deputy Clerk
804-916-2702