**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 19, 2022

_____

RESPONSE REQUESTED
_____

No. 22-1721 (L), <u>Maxwell Kadel v. Dale Folwell</u>
         1:19-cv-00272-LCB-LPA

TO:   Appellees

RESPONSE DUE: 07/29/2022

Response is required to the motion to deconsolidate and for limited remand on or before 07/29/2022.

Rachel J Lee, Deputy Clerk
804-916-2702