FILED: July 20, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1721 (L)
(1:19-cv-00272-LCB-LPA)

_____

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK, by his next friends and parents; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents; SAM SILVAINE; DANA CARAWAY

  Plaintiffs - Appellees

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees

  Defendants - Appellants

and

NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES; STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY

  Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 08/31/2022

Opening brief due: 08/31/2022

Response brief due: 09/30/2022

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>