# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MAXWELL KADEL, et al., <br><br>    *Plaintiffs-Appellees*, <br><br>v. <br><br>DALE FOLWELL, et al., <br><br>    *Defendants-Appellants*, <br><br>and <br><br>NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES; STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, <br><br>    *Defendants*. | Nos. 22-1721 (L); 22-1730 (Cons.) |

**PLAINTIFFS-APPELLEES' RESPONSE TO NOTICE OF INTENT TO CORRECT MEMORANDUM OPINION AND ORDER AND MOTION TO CONSOLIDATE AND FOR LIMITED REMAND**

In accordance with the Court's July 19, 2022 order (Dkt. 17), Plaintiffs-Appellees hereby submit the following response to Defendants-Appellants' Notice of Intent to Correct Memorandum Opinion and Order and Motion to Consolidate and for Limited Remand (Dkt. 16, "Motion"):

Appellants' Motion requests that this Court "deconsolidate Appeal No. 22-

1730 from Appeal No. 22-1721 and then remand 22-1730 to the district court for the limited purpose of correcting portions of its Memorandum Opinion and Order, as explained in its Notice of Intent to Correct and Clarify Memorandum Opinion and Order." (*Id.* at 22, citing Dkt. 255.) Appellants also clarify that it "is fully expected that upon correction and clarification of the Memorandum Opinion and Order (Doc. No. 234), Appellant State Health Plan will be positioned to then move this Court to dismiss its interlocutory appeal pursuant to Federal Rule of Appellate Procedure 42(b)." (*Id.*) Based on Appellants' representations, Appellees do not oppose the relief sought.

Dated: July 22, 2022                                Respectfully submitted,

/s/ Tara L. Borelli                                 Amy E. Richardson
Tara L. Borelli                                     Lauren E. Snyder
LAMBDA LEGAL DEFENSE AND                            HARRIS, WILTSHIRE & GRANNIS LLP
EDUCATION FUND, INC.                                1919 M Street, NW, #6220
730 Peachtree Street NE, Ste. 640                   Washington, DC 20036
Atlanta, GA 30308                                   (202) 730-1300
470-225-5341
                                                    Michael W. Weaver
Omar Gonzalez-Pagan                                 MCDERMOTT WILL & EMERY LLP
Carl S. Charles                                     444 West Lake Street, Suite 4000
LAMBDA LEGAL DEFENSE AND                            Chicago, IL 60606
EDUCATION FUND, INC.                                (312) 984-5820
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585

[Signature block continues below.]

| | |
|---|---|
| David P. Brown<br>Ezra Cukor<br>TRANSGENDER LEGAL DEFENSE &<br>EDUCATION FUND, INC.<br>520 8th Avenue, Ste. 2204<br>New York, NY 10018<br>(646) 862-9396 | Dmitriy Tishyevich<br>Warren Haskel<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>(212) 547-5400 |

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will provide electronic notification to all counsel of record in this matter.

| | |
|---|---|
| Dated: July 22, 2022 | /s/ Tara L. Borelli<br>Tara L. Borelli<br>LAMBDA LEGAL DEFENSE AND<br>EDUCATION FUND, INC.<br>730 Peachtree Street NE, Ste. 640<br>Atlanta, GA 30308<br>470-225-5341 |