FILED: August 2, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1721
(1:19-cv-00272-LCB-LPA)

_____

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents; SAM SILVAINE; DANA CARAWAY

   Plaintiffs - Appellees

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees

   Defendants - Appellants

 and

NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES; STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY

   Defendants

_____

No. 22-1730
(1:19-cv-00272-LCB-LPA)

_____

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents; SAM SILVAINE; DANA CARAWAY

        Plaintiffs - Appellees

v.

NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES

        Defendant - Appellant

and

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees; STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY

        Defendants

_____

O R D E R

_____

Upon consideration of appellant North Carolina State Health Plan for Teachers' motion to deconsolidate and for limited remand, the court grants the motion, deconsolidates case No. 22-1721, *Maxwell Kadel v. Dale Folwell* from No. 22-1730, *Maxwell Kadel v. North Carolina State Health Plan for Teachers*, and

remands No. 22-1730, *Maxwell Kadel v. North Carolina State Health Plan for Teachers*, to the district court for the limited purpose of correcting portions of its Memorandum Opinion and Order.

The clerk shall forward a copy of this order, accompanied by a copy of the motion to remand, to the district court. This appeal shall remain on the active docket of this court and the parties shall file a status report on October 31, 2022, and every 90 days thereafter, and shall immediately notify this court when the district court proceedings have concluded.

For the Court

/s/ Patricia S. Connor, Clerk