# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 7, 2022

_____

RESPONSE REQUESTED

_____

No. 22-1721,   Maxwell Kadel v. Dale Folwell
             1:19-cv-00272-LCB-LPA

TO:   Dale Folwell
      Dee Jones

RESPONSE DUE: 10/17/2022

Response is required to the motion to file amicus brief on or before 10/17/2022.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Rachel Phillips, Deputy Clerk
804-916-2702