FILED: October 11, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1721
(1:19-cv-00272-LCB-LPA)

_____

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents; SAM SILVAINE; DANA CARAWAY

   Plaintiffs - Appellees

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees

   Defendants - Appellants

 and

NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES; STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY

   Defendants

------------------------------

CONSTITUTIONAL LAW PROFESSORS

   Amicus Supporting Appellant

NEW YORK; CALIFORNIA; COLORADO; DELAWARE; HAWAII; ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MINNESOTA;

NEVADA; NEW JERSEY; NEW MEXICO; OREGON; RHODE ISLAND; VERMONT; WASHINGTON; DISTRICT OF COLUMBIA

    Amici Supporting Appellee

---

O R D E R

---

    New York; California; Colorado; Delaware; Hawaii; Illinois; Maine; Maryland; Massachusetts; Minnesota; Nevada; New Jersey; New Mexico; Oregon; Rhode Island; Vermont; Washington; and District of Columbia have filed an amicus curiae brief.

    The court accepts the brief for filing.

                             For the Court--By Direction

                             <u>/s/ Patricia S. Connor, Clerk</u>