# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 19, 2022

_____

RESPONSE REQUESTED

_____

No. 22-1721,   <u>Maxwell Kadel v. Dale Folwell</u>
              1:19-cv-00272-LCB-LPA

TO:    Appellees

RESPONSE DUE: 10/31/2022

Response is required to the motion for stay on or before 10/31/2022.

Rachel Phillips, Deputy Clerk
804-916-2702