No. 22-1721

IN THE
*United States Court of Appeals*
*for the Fourth Circuit*

———————————

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK;
JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next
friends and parents; SAM SILVAINE; and DANA CARAWAY,

*Plaintiffs-Appellees,*

v.

DALE FOLWELL, in his official capacity as State Treasurer of North
Carolina; and DEE JONES, in her official capacity as Executive
Administrator of the North Carolina State Health Plan for Teachers
and State Employees,

*Defendants-Appellants,*

and

NORTH CAROLINA STATE HEALTH PLAN
FOR TEACHERS AND STATE EMPLOYEES; and STATE OF NORTH
CAROLINA DEPARTMENT OF PUBLIC SAFETY,

*Defendants.*

———————————

On Appeal from the U.S. District Court for the
Middle District of North Carolina
No. 1:19-cv-00272-LCB-LPA

———————————

MOTION TO WITHDRAW AS COUNSEL

———————————

1

NOW COMES Michael W. Weaver, who previously filed an appearance, respectfully requests an order allowing him to withdraw as counsel for all Plaintiffs in the above-captioned civil action ("Plaintiffs"). In support of this motion, undersigned counsel states as follows:

1.      On July 20, 2022, Mr. Weaver of the law firm of McDermott Will & Emery LLP ("McDermott") entered an appearance as counsel for the Plaintiffs.

2.      Mr. Weaver will be leaving the employment of McDermott effective December 1, 2022.

3.      Dmitriy G. Tishyevich and Warren Haskel will continue to represent Plaintiffs on behalf of McDermott, as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs, so there will be no detriment to or disruption to the Plaintiffs' legal representation.

4.      All Plaintiffs are aware that they will continue to be represented by attorneys from McDermott as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs.

5.      The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

**WHEREFORE**, undersigned counsel respectfully asks this Court to grant this motion for leave of Court to withdraw Mr. Weaver's representation of the Plaintiffs and to terminate Mr. Weaver's appearance of counsel of record in this case.

2

Dated: November 17, 2022

Respectfully submitted,

/s/ Michael W. Weaver
Michael W. Weaver
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Phone: 312-984-5820
Fax: 312-984-7700
mweaver@mwe.com

Dmitriy G. Tishyevich
Warren Haskel
MCDERMOTT WILL & EMERY
One Vanderbilt Avenue
New York, NY  10017-3852
Phone: 212-547-5534
Fax: 646-417-7668
dtishyevich@mwe.com
whaskel@mwe.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users.

Dated:  November 17, 2022

/s/ Michael W. Weaver
Michael W. Weaver
MCDERMOTT WILL & EMERY
444 W. Lake St., Suite 4000
Chicago, IL 60606
Phone: 312-984-5820
Fax: 312-984-7700
mweaver@mwe.com

DM_US 192014609-1.099739.0038