# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. _____   Caption: _____

Argument Session For Which You Are Scheduled: _____

Dates You Are Available To Argue in the Session (if any):

_____

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

_____

_____

Other Relevant Information:

_____

_____

Party(ies) You Represent:

_____

_____

| _____ | _____ |
| Date | Counsel Signature |

11/29/2021 SCC