### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MAXWELL KADEL, *et al.*,<br>        *Appellees*,<br><br>v.<br><br>DALE FOLWELL, *et al.*,<br>        *Defendants*. | No. 22-1721 |

### NOTICE OF SUBSTITUTION

The undersigned provides notice to this Honorable Court, pursuant to Rule 43 of the Federal Rules of Appellate Procedure, that Dee Jones has ceased to be the Executive Administrator of the State Health Plan. The undersigned accordingly requests that pursuant to Rule 43(c)(1), this party hereafter "be described . . . by the public officer's official title rather than by name."

Respectfully submitted, this the 20th day of January, 2023.

                                                      */s/ Mark A. Jones*
                                                      N.C. Bar No. 36215
                                                      BELL, DAVIS & PITT, P.A.
                                                      100 N. Cherry St. Suite 600
                                                      Winston-Salem, NC 27101
                                                      Telephone: (336) 722-3700
                                                      Facsimile: (336) 722-8153
                                                      kwilliams@belldavispitt.com
                                                      mjones@belldavispitt.com