FILED:  April 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1721
(1:19-cv-00272-LCB-LPA)

———————————

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK; JULIA
MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and
parents; SAM SILVAINE; DANA CARAWAY

          Plaintiffs - Appellees

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina;
EXECUTIVE ADMINISTRATOR OF THE NORTH CAROLINA STATE
HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES

          Defendants - Appellants

 and

NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE
EMPLOYEES; STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC
SAFETY

          Defendants

------------------------------

CONSTITUTIONAL LAW PROFESSORS

          Amicus Supporting Appellants

NEW YORK; CALIFORNIA; COLORADO; DELAWARE; HAWAII;
ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MINNESOTA;

NEVADA; NEW JERSEY; NEW MEXICO; OREGON; RHODE ISLAND; VERMONT; WASHINGTON; DISTRICT OF COLUMBIA

Amici Supporting Appellees

_____

O R D E R

_____

The court schedules this case for en banc oral argument during the

September 19-22, 2023, oral argument session.  The case will be heard in seriatim

with No. 22-1927, *Christopher Fain v. William Crouch*.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk