# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 31, 2023

_____

DOCKETING FORMS
FOLLOW-UP NOTICE

_____

No. 22-1721,    Maxwell Kadel v. Dale Folwell
                1:19-cv-00272-LCB-LPA

TO:     Joshua M. Divine

REQUESTED FORM(S) DUE:  June 5, 2023

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[ ] Docketing statement - Criminal or Docketing statement - Civil or Agency
[ ] Disclosure Statement
[ XX ] Appearance of counsel [eFiler status required]
[ ] Transcript order form

Rachel Phillips, Deputy Clerk
804-916-2702