

.

Via Electronic Case Filing in Case No. 22-1721

July 7, 2023

Patricia S. Connor, Clerk of the Court
Lewis F. Powell Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
United States Court of Appeals for the Fourth Circuit
Richmond, VA 23219

Re:   *Kadel v. Folwell*, No. 22-1721
      Notice of Supplemental Authority FRAP 28(j); Fourth Cir. R. 28(e)

Dear Ms. Connor:

Pursuant to FRAP 28(j) and Fourth Circuit Rule 28(e), Plaintiffs-Appellees respectfully submit the attached decisions, noting the issue decided and the page of argument supported in Plaintiffs-Appellees' Response Brief ("Br."). All cases below have preliminarily or permanently enjoined bans on gender-affirming care.

- A.  Exhibit A: *L.W. v. Skrmetti*, 2023 WL 4232308 (M.D. Tenn. June 28, 2023)
    1. *Id.* at *10-16, 20 (finding that ban on gender-affirming care for minors discriminates based on transgender status and sex, and that *Geduldig v. Aiello*, 417 U.S. 484 (1974), is distinguishable; discounting testimony of defense expert Dr. Hruz); Br. 18-19, 25-27, 52-55.

- B.  Exhibit B: *Doe v. Thornbury*, 2023 WL 4230481 (W.D. Ky. June 28, 2023)
    1. *Id.* at *3-4 (finding that ban on gender-affirming care for minors constitutes sex discrimination and that *Geduldig* is inapplicable); Br. 18-19, 25-27.

- C.  Exhibit C: *Dekker v. Weida*, 2023 WL 4102243 (N.D. Fla. June 21, 2023)
    1. *Id.* at *2, *11-14 (finding exclusion of gender-affirming care in Medicaid program discriminates based on sex and transgender status; rejecting arguments that *Geduldig* applies; and finding testimony of defense experts Dr. Hruz and Dr. Lappert not credible); Br. 18-19, 25-27, 52-55.

- D.  Exhibit D: *Brandt v. Rutledge*, 2023 WL 4073727 (E.D. Ark. June 20, 2023)
    1. *Id.* at *29-31 (finding defense experts Drs. Lappert and Hruz not credible; and that the ban on gender-affirming care for minors discriminates based on sex and transgender status); Br. 18-19, 52-55.



E.      Exhibit E: *K.C. v. Individual Members of Med. Licensing Bd. of Indiana*, 2023 WL 4054086 (S.D. Ind. June 16, 2023)
   1. *Id.* at *8-9 (finding that ban on gender-affirming care for minors is sex discrimination, and that *Geduldig* does not apply); Br. 18-19, 25-27.

F.      Exhibit F: *Doe v. Ladapo*, 2023 WL 3833848 (N.D. Fla. June 6, 2023)
   1. *Id.* at *2, 8-10 (rejecting claims by defense experts Drs. Lappert and Hruz that being transgender is a "delusion" and "diabolical"; finding that gender-affirming care ban constitutes sex and transgender status discrimination, and that *Geduldig* is inapposite); Br. 18-19, 25-27, 52-55.

Respectfully submitted,

/s/ Tara L. Borelli

Tara L. Borelli

Enclosures

cc: All Counsel of Record, via ECF

## Certificate of Service

I hereby certify that on July 7, 2023, I caused to be electronically filed the foregoing letter and attached decisions using the CM/ECF System, which will send notice of such filing to Counsel of Record.

/s/ Tara L. Borelli
Tara L. Borelli