

.

Via Electronic Case Filing in Case No. 22-1721

July 8, 2023

Patricia S. Connor, Clerk of the Court
Lewis F. Powell Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
United States Court of Appeals for the Fourth Circuit
Richmond, VA 23219

Re: *Kadel v. Folwell*, No. 22-1721
Notice of Supplemental Authority FRAP 28(j); Fourth Cir. R. 28(e)

Dear Ms. Connor:

    Approximately two hours after Plaintiffs-Appellees submitted their notice of supplemental authorities in this matter on July 7, 2023, which included the preliminary injunction issued in *L.W. v. Skrmetti*, 2023 WL 4232308 (M.D. Tenn. June 28, 2023), the Sixth Circuit stayed that injunction. *L.W. v. Skrmetti*, No. 23-5600 (6th Cir. July 8 2023) ("slip op."). The Sixth Circuit's opinion is attached as Exhibit A. Notably, the majority acknowledges that its views "are just that: initial" and it "may be wrong." To be sure, the Court's analysis explicitly departs from Fourth Circuit precedent in multiple respects. *Compare, e.g.*, slip op. at 11-13 (applying rational basis to ban on gender-affirming medical care for transgender adolescents because the ban applies to both transgender boys and girls, and because the Sixth Circuit has not "recognized transgender status as a quasi-suspect class"); *with Grimm v. Gloucester Cnty. Sch. Bd.*, 972 F.3d 586, 608-13 (4th Cir. 2020), as amended (Aug. 28, 2020) (finding that discrimination because a person is transgender is sex discrimination, including when the law inflicts that unequal treatment both transgender boys and girls; and finding that transgender status is a quasi-suspect classification requiring heightened scrutiny).

                                            Respectfully submitted,

                                            /s/ Tara L. Borelli

                                            Tara L. Borelli

Enclosures

cc: All Counsel of Record, via ECF

Lambda Legal  +  1 West Court Square, Ste. 105, Decatur, GA 30030  +  www.lambdalegal.org



## Certificate of Service

I hereby certify that on July 8, 2023, I caused to be electronically filed the foregoing letter and attached decisions using the CM/ECF System, which will send notice of such filing to Counsel of Record.

/s/ Tara L. Borelli
Tara L. Borelli