No. 22-1721

_____

IN THE
United States Court of Appeals
for the Fourth Circuit

_____

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK;
JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next
friends and parents; SAM SILVAINE; and DANA CARAWAY,

*Plaintiffs-Appellees*,

v.

DALE FOLWELL, in his official capacity as State Treasurer of North
Carolina; and DEE JONES, in her official capacity as Executive
Administrator of the North Carolina State Health Plan for Teachers
and State Employees,

*Defendants-Appellants*,
and
NORTH CAROLINA STATE HEALTH PLAN
FOR TEACHERS AND STATE EMPLOYEES; and STATE OF NORTH
CAROLINA DEPARTMENT OF PUBLIC SAFETY,

*Defendants*.

_____

On Appeal from the U.S. District Court for the
Middle District of North Carolina
No. 1:19-cv-00272-LCB-LPA

_____

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES David Brown, who previously filed an appearance, to respectfully request an order allowing him to withdraw as counsel for Plaintiffs-Appellees in the above-

captioned civil action ("Plaintiffs"). In support of this motion, undersigned counsel states as follows:

1. On July 25, 2022, Mr. Brown from the Transgender Legal Defense and Education Fund, Inc. ("TLDEF") entered an appearance as counsel for the Plaintiffs.

2. Mr. Brown has resigned from his position at TLDEF, effective March 8th, 2024.

3. Ezra Cukor from TLDEF will continue to represent Plaintiffs, as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs, so there will be no detriment to or disruption to the Plaintiffs' legal representation.

4. Plaintiffs are aware that they will continue to be represented by attorneys from TLDEF as well as all counsel who have entered a notice of appearance on behalf of Plaintiffs.

5. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

Dated: March 7th, 2024

Respectfully submitted,

/s/ David Brown
David Brown
TRANSGENDER LEGAL DEFENSE AND EDUCATION FUND, INC.
520 8th Ave. Suite 2204
New York, NY 10018
Tel: (646) 993-1675
Fax: 646-993-1686
dbrown@transgenderlegal.org

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 7th, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David Brown