No. 22-1721

IN THE
United States Court of Appeals
For the Fourth Circuit

MAXWELL KADEL; JASON FLECK; CONNOR THONEN-FLECK; JULIA MCKEOWN; MICHAEL D. BUNTING, JR.; C.B., by his next friends and parents; SAM SILVAINE; and DANA CARAWAY,

*Plaintiffs-Appellees*,

v.

DALE FOLWELL, in his official capacity as State Treasurer of North Carolina; and DEE JONES, in her official capacity as Executive Administrator of the North Carolina State Health Plan for Teachers and State Employees,

*Defendants-Appellants*,

and

NORTH CAROLINA STATE HEALTH PLAN FOR TEACHERS AND STATE EMPLOYEES; and STATE OF NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY,

*Defendants*.

On Appeal from the U.S. District Court for the
Middle District of North Carolina
No. 1:19-cv-00272-LCB-LPA

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Lauren E. Snyder, who previously filed an appearance, to respectfully request an order allowing her to withdraw as counsel for Plaintiffs-

Appellees in the above-captioned civil action ("Plaintiffs"). In support of this Motion, undersigned counsel states as follows:

1. On July 21, 2022, Ms. Snyder from HWG, LLP ("HWG") entered an appearance as counsel for the Plaintiffs.

2. Ms. Snyder will be departing from HWG on March 15th, 2024.

3. Amy E. Richardson of HWG will continue to represent Plaintiffs, as well as counsel who have entered a notice of appearance on behalf of Plaintiffs, so there will be no detriment to or disruption to the Plaintiffs' legal representation.

4. The undersigned certifies that the granting of this Motion will not delay the proceedings in this matter or this Court.

Dated: March 8, 2024                    Respectfully submitted,

/s/ Lauren E. Snyder
Lauren E. Snyder
HWG LLP
333 Fayetteville Street, Suite 1500
Raleigh, NC 27601
Phone: 919-504-9833
Facsimile: 202-730-1301
lsnyder@hwglaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8th, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lauren E. Snyder