# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 26, 2024

_____

## RESPONSE FOLLOW-UP NOTICE

_____

No. 22-1721,   Maxwell Kadel v. Dale Folwell
              1:19-cv-00272-LCB-LPA

TO:     All amicus parties

RESPONSE/ANSWER DUE:  April 29, 2024

The court previously directed that you respond to the sealed court notice and document issued on 04/18/2024. We have not received your response. You must remedy this default by the due date above. Failure to comply with the Court's rules and instructions may result in initiation of disciplinary action under **Local Rule 46(g)**.

Rachel Phillips, Deputy Clerk
804-916-2702