# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2024

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re: Dale Folwell, State Treasurer of North Carolina, et al.
> v. Maxwell Kadel, et al.
> No. 24-99
> (Your No. 22-1721)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 26, 2024 and placed on the docket July 30, 2024 as No. 24-99.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst